**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 24, 2023.**



In The

# Fourteenth Court of Appeals

### NO. 14-22-00426-CV

## ELITE VS CAPITAL INVESTMENTS, INC., Appellant

## V.

## KAAN CAFE, INC., Appellee

### On Appeal from the County Civil Court at Law No. 3
### Harris County, Texas
### Trial Court Cause No. 1179353

## MEMORANDUM OPINION

This is an appeal from a judgment signed March 28, 2022. On January 10, 2023, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.